IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK MICHAEL ALLEN, SR.,  )
                             )
            Plaintiff,       )
                             )
     v.                      )     1:20CV205
                             )
DOMINO'S, et al.,            )
                             )
            Defendants.      )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 29, 2021, was served on the parties in this action. (Text Order and Recommendation dated Sept. 29, 2021; Doc. 7.) Plaintiff objected to the Recommendation. (Doc. 8.)

The objections do not challenge any aspect of the Recommendation with specificity. Nevertheless, the court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

                              /s/   Thomas D. Schroeder
                              United States District Judge

January 5, 2022